UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Malibu Media, LLC., | ) |
| Plaintiff, | ) Civil Action No. 1:12-cv-00761-ESH |
| v. | ) |
| JOHN DOES 1-5, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1, 2 AND 3**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Doe 1, 2 and 3 from this action without prejudice. Defendants were assigned the IP addresses 68.33.229.85, 68.48.79.205 and 76.106.40.228. Plaintiff recently received the names and identifying information of many Defendants in this case and is unable to coordinate service of process to properly serve Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: September 10, 2012        Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
*Counsel for Plaintiff*
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

Civil Action No. 1:12-cv-00761-ESH

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire